IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **VINCENT A. PARKER,** | ) | **CASE NO. 1:07 CV 386** |
| Petitioner, | ) | |
| v. | ) | **JUDGE DONALD C. NUGENT** |
| **MICHAEL SHEETS, Warden,** | ) | Magistrate Judge William H. Baughman, Jr. |
| Respondent. | ) | **ORDER** |

For the reasons stated in the Memorandum Opinion issued contemporaneously herewith, the Report and Recommendation of the Magistrate Judge (Docket #22) is hereby MODIFIED to reflect the fact that Petitioner's First, Second and Third Grounds for relief are time-barred and Petitioner's Fourth, Fifth and Sixth Grounds for relief are dismissed as they are procedurally defaulted and otherwise without merit. The Petition (Docket #1) is hereby DISMISSED in its entirety and the Motion to Amend filed by Petitioner (Docket #s 15 and 16) is hereby DENIED

Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

IT IS SO ORDERED.

*s/ Donald C. Nugent*
DONALD C. NUGENT
United States District Judge

DATED: March 25, 2009